UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Christopher M. Palermo

        v.  Civil No. 08-cv-127-JL

Merrimack County Department of Corrections, Superintendent

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 21, 2009, no objection having been filed.

SO ORDERED.

July 2, 2009

_____
Joseph N. Laplante
United States District Judge

cc:   Christopher M. Palermo, Pro se